UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RUBEN E. SANCHEZ,

        Plaintiff,

  v.

RUSTY SMITH, *et al.,*

        Defendants.

Case No.  C05-5426RBL

ORDER GRANTING
SUMMARY JUDGMENT

    The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    Plaintiff's Motion to Extend Time is DENIED;

(3)    Defendant LeClaire's motion for summary judgment is GRANTED;

(4)    Plaintiff's causes of action against Defendant LeClaire are DISMISSED;

(5)    This matter is re-referred to the Honorable J. Kelley Arnold pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrates' Rules MJR 1, MJR 3 and MJR 4;

(6)    The Clerk is directed to send copies of this Order to plaintiff and to the Hon. J. Kelley Arnold

DATED this 22nd day of March, 2006.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE